HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Joshua J. Angel
Paul Rubin

Attorneys for Defendant Fred Leighton Holding, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
FRED LEIGHTON, LTD., FRED LEIGHTON,            :
LLC, FRED LEIGHTON AND GLORYA                  : Index No. 08 Civ. 4454 (PKL)(REE)
LEIGHTON AS TRUSTEES OF THE FRED               :
LEIGHTON REVOCABLE TRUST, FRED                 :        Civil Action
LEIGHTON AS TRUSTEE OF THE FRED                :
LEIGHTON ANNUITY TRUST, FRED                   :
LEIGHTON AND MARA LEIGHTON,                    :   **RULE 7.1 STATEMENT**
                                               :
                Plaintiffs,                    :
                                               :
        -against-                              :
                                               :
FRED LEIGHTON HOLDING, INC. (f/k/a             :
SAMBA I, INC.) and RALPH ESMERIAN,             :
                                               :
                Defendants.                    :
                                               :
---------------------------------------- x

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Fred Leighton Holding, Inc. (a private non-governmental party) (the "Defendant") certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendant which are publicly held.

HF 3655984v.1 #13526/0002

Dated: New York, New York
       May 12, 2008

                        Respectfully submitted,

                        HERRICK, FEINSTEIN LLP
                        Attorneys for Defendant Fred Leighton Holding, Inc.

                        By: _____
                            Joshua J. Angel, Esq.
                            Paul Rubin, Esq.
                            2 Park Avenue
                        New York, New York 10016
                        (212) 592-1400
                        jangel@herrick.com
                        prubin@herrick.com