HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Joshua J. Angel
Paul Rubin

Attorneys for the Defendant Fred Leighton Holding, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| FRED LEIGHTON, LTD., FRED LEIGHTON, LLC, FRED LEIGHTON AND GLORYA LEIGHTON AS TRUSTEES OF THE FRED LEIGHTON REVOCABLE TRUST, FRED LEIGHTON AS TRUSTEE OF THE FRED LEIGHTON ANNUITY TRUST, FRED LEIGHTON AND MARA LEIGHTON, | Electronically Filed<br><br>Civil Action No.: 08 CV 4454(PKL)(RLE) |
| Plaintiffs, | |
| -against- | |
| FRED LEIGHTON HOLDING, INC. (f/k/a SAMBA I, INC.) and RALPH ESMERIAN, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Paul Rubin, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States District Court for the Southern District of New York, do hereby certify that I caused the Notice of Removal with exhibits (*Docket No. 1*) to be served by hand delivery, on May 13, 2008, upon the below:

| | |
|---|---|
| Goodwin Proctor LLP<br>Attn: Jeffrey A. Simes, Esq.<br>      Katherine S. Bromberg, Esq.<br>The New York Times Building<br>620 Eighth Avenue,<br>New York, NY 10018 | Katsky Korins<br>Attn: Robert Abrams, Esq.<br>      Steven H. Newman, Esq.<br>605 Third Avenue<br>New York, NY 10158 |

HF 4149567v.1 #13526/0002

| Philips Nizer, LLP<br>Attn: Helen Davis Chaitman, Esq.<br>666 Fifth Avenue<br>New York, NY 10103 | |

Date: New York, New York
      May 15, 2008

                                            */s/ Paul Rubin*
                                            Paul Rubin