USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED LEIGHTON, LTD., et al.,

    Plaintiffs,

    - against -

FRED LEIGHTON HOLDING, INC., et al.,

    Defendants.

**ORDER**

08 Civ. 4454 (PKL)

**LEISURE, District Judge:**

    Upon consent of the parties and pursuant to 28 U.S.C. § 157(a), the Court hereby refers this action to the United States Bankruptcy Court for the Southern District of New York, where a related Chapter 11 proceeding is already pending under case number 08 Civ. 11363 (RDD). This referral is in accordance with the standing order issued by then-Acting Chief Judge Robert J. Ward on July 11, 1984.

**SO ORDERED.**

New York, New York
July 9, 2008

                                              /s/ Peter K. Leisure
                                                   U.S.D.J.